1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   ROBERT L. JACKSON, Assistant City Attorney (SBN 101770)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404
   Telephone:  (707) 543-3040
4  Facsimile:   (707) 543-3055

5  Attorneys for Defendants City of Santa Rosa
   and Michael Clark

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 KYLE DAVID BIEDMA,                       Case No.  C 14-2853 RS

12          Plaintiff,                      ~~[PROPOSED]~~ ORDER RE CASE
                                            MANAGEMENT
13          v.

14 MICHAEL CLARK, an individual; CITY OF
   SANTA ROSA, a municipal entity; and
15 DOES 1 through 20, inclusive,

16          Defendants.                     Trial Scheduled for 2/29/16
                                            Judge: The Hon. Richard Seeborg
17  _____/

18

19          Pursuant to the parties' Stipulation and good cause appearing, the Court hereby modifies its

20 Case Management Order of May 14, 2015 and orders as follows:

21 (1)   the last day for designation of expert witnesses under Federal Rule of Civil Procedure

22       §26(a)(2) shall be continued from October 22, 2015 until November 5, 2015;

23 (2)   the last day for completion of non expert discovery shall be continued from October 22, 2015

24       until December 11, 2015;

25 (3)   the last day for completion of expert discovery shall be continued from December 3 until

26       December 17, 2015; and

27 (4)   All other dates provided for in the Court's Case Management Scheduling Order of May 14,

28 //

1  2015 shall remain in place.

2

3  **IT IS SO ORDERED.**

4

5  DATED: 10/21/15

   _____
   The Honorable Richard Seeborg
6  U.S. District Court Judge