IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Kyle David Biedma,

      Plaintiffs,

  v.

Michael Clark, et al.,

      Defendants.

No. C 14-02853 RS

**STANDBY ORDER OF DISMISSAL**

    The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 18, 2016**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 21, 2016 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

    IT IS SO ORDERED.

Dated: 2/24/16

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE