Rex Grady, Esq. (SBN 232236)
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone:  (707) 522-1100
Facsimile:  (707) 522-1101
rgrady@smithdollar.com

Attorneys for Plaintiff
KYLE DAVID BIEDMA

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DAVID BIEDMA, an individual, | CASE NO.:  14-CV-02853-RS |
| Plaintiff, | [~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL |
| v. | |
| MICHAEL CLARK, an individual; CITY OF SANTA ROSA, a municipal entity; and TWENTY UNKNOWN AGENTS OF THE CITY OF SANTA ROSA, | |
| Defendants. | |

On April 15, 2016, the parties jointly submitted a Stipulation of Dismissal to the Court.

Accordingly, the instant matter is dismissed with prejudice, and the parties will bear their own respective costs, including attorney fees and other litigation expenses, though this Court shall retain jurisdiction to enforce the terms of the settlement agreement between the parties dated March 9, 2016.

IT IS SO ORDERED.

///

Dated: 4/15/16

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE & [PROPOSED] ORDER